84 F.3d 1222
 The FORT BELKNAP INDIAN COMMUNITY OF the FORT BELKNAP INDIAN
RESERVATION, Plaintiff-Appellant,
v.
STATE OF MONTANA, Robert L. Robinson, individually and as
Administrator, Gambling Control Division, Department of
Justice, State of Montana; Stan Stephens, individually and
as Governor, State of Montana; Marc Racicot, individually
and as Attorney General, State of Montana, Defendants-Appellees.
 No. 94-35126.
 United States Court of Appeals,
Ninth Circuit.
 June 7, 1996.
 
 1
 James L. Vogel, Hardin, Montana, for plaintiff-appellant.
 
 
 2
 Joseph P. Mazurek, Attorney General, and Deanne L. Sandholm, Assistant Attorney General, Helena, Montana, for defendants-appellees.
 
 
 3
 On Remand from the United States Supreme Court.
 
 
 4
 Before: BEEZER and FERNANDEZ, Circuit Judges, and ORRICK, Senior District Judge.*
 
 ORDER
 
 5
 The judgment of this court, 39 F.3d 1186 (Table), is vacated. For the reasons stated by the Supreme Court in Seminole Tribe of Florida v. Florida, --- U.S. ----, 116 S.Ct. 1114, 134 L.Ed.2d 252 (1996), we affirm the judgment of the district court.
 
 
 6
 AFFIRMED.
 
 
 
 *
 The Honorable William H. Orrick, Senior United States District Judge for the Northern District of California, sitting by designation